HENRYLK CEGIELNIK v. HANOVER INSURANCE COMPANY.

December 16, 1986.

Petition for certification denied.

MAYOR AND BOROUGH COUNCIL OF THE BOROUGH OF WEST-
VILLE, ETC. v. BOARD OF CHOSEN FREEHOLDERS
OF THE COUNTY OF GLOUCESTER, ET AL.

December 16, 1986.

Petition for certification denied.

HUNDRED EAST CREDIT CORPORATION v. ERIC SCHUSTER
CORPORATION v. NORTH AMERICAN PHILIPS CORP., ET AL.
v. DATA SYSTEMS OF NEW JERSEY, INC., ET AL.

December 16, 1986.

Petition for certification denied.  (See 212 *N.J.Super.* 350)